| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR., ESQ.<br>Brandywine Commons<br>2240 Highway 33<br>Neptune, NJ 07753<br>(732)988-1500 – Telefax (732) 775-7404<br>Attorney for Debtor | Order Filed on August 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BRYAN CURTIS McLEOD | Case No.: 19-21927<br><br>Adv. No.:<br><br>Hearing Date: August 7, 2019 @ 9am<br><br>Judge: Christine M. Gravelle |

## ORDER VOIDING LICENSE SUSPENSION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 8, 2019**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

DEBTOR:     BRYAN CURTIS McLEOD
CASE NO.    19-21927(CMG)
CAPTION:    ORDER VOIDING LICENSE SUSPENSION
Page 2

**THIS MATTER** being opened to the Court upon the Motion of William H. Oliver, Jr., Esq., attorney for debtor(s), for an Order to rescind license suspension and the Court having considered the matter, and for good cause shown;

**ORDERED** that this order is self-executing and hereby voids prior orders of suspension of debtor's license for non-payment of pre-petition fines and that all the departments and municipalities as outlined in this Motion be required to recognize this order as taking the place of any customary rescinding order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within ___5___ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-21927-CMG
Bryan Curtis McLeod                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db              +Bryan Curtis McLeod,    13 Alexander Avenue,    Manchester Township, NJ 08759-4901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Bryan Curtis McLeod bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 5