| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR., ESQ.<br>Brandywine Commons<br>2240 Highway 33<br>Neptune, NJ 07753<br>(732)988-1500 – Telefax (732) 775-7404<br>Attorney for Debtor | Order Filed on October 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BRYAN CURTIS McLEOD | Case No.: 19-21927<br><br>Adv. No.:<br><br>Hearing Date: October 2, 2019 @ 9am<br><br>Judge: Christine M. Gravelle |

## ORDER VOIDING LICENSE SUSPENSION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 5, 2019**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

DEBTOR:     BRYAN CURTIS McLEOD
CASE NO.    19-21927(CMG)
CAPTION:    ORDER VOIDING LICENSE SUSPENSION
Page 2

**THIS MATTER** being opened to the Court upon the Motion of William H. Oliver, Jr., Esq., attorney for debtor(s), for an Order to rescind license suspension and the Court having considered the matter, and for good cause shown;

**ORDERED** that this order is self-executing and hereby voids prior orders of suspension of debtor's license for non-payment of pre-petition fines and that all the departments and municipalities as outlined in this Motion be required to recognize this order as taking the place of any customary rescinding order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within ____7____ days of the date hereof.