Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−21927−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bryan Curtis McLeod
   13 Alexander Avenue
   Manchester Township, NJ 08759

Social Security No.:
   xxx−xx−3958

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/17/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 17, 2019
JAN: bwj

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-21927-CMG
Bryan Curtis McLeod                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2               Date Rcvd: Oct 17, 2019
                              Form ID: 148               Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
```
db             +Bryan Curtis McLeod,    13 Alexander Avenue,    Manchester Township, NJ 08759-4901
518302818      +Deutsche Bank,    60 Wall Street,    New York, NY 10005-2858
518422749      +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518302819      +Division of Motor Vehicles,    120 Stockton Street,    Trenton, NJ 08618-3938
518302823      +Hackensack University Medical Center,     c/o Celentano Stadtmauer & Walentowicz,
                 1035 Route 46 East,    PO Box 2594,    Clifton, NJ 07015-2594
518302822      +Hackensack University Medical Center,     30 Prospect Avenue,    Hackensack, NJ 07601-1915
518427533      +Hamilton Municipal Court,    6101 13th Street,    Mays Landing, NJ 08330-1856
518302825      +Kathleen Mondy,    21 Parkway Blvd,    Toms River, NJ 08757-5534
518302826      +Manchester Township,    Sewer Dept.,    1 Colonial Drive,    Manchester Township, NJ 08759-6501
518324255      +Manchester Township,    Tax Collector,    1 Colonial Drive,    Manchester, NJ 08759-6501
518427534      +Neptune Municipal Court,    25 Neptune Blvd,    Neptune, NJ 07753-4814
518302828      +Ocean County Jail,    114 Hooper Avenue,    Toms River, NJ 08753-7606
518302829      +Office of the Public Defender,    25 Market Street,    Trenton, NJ 08611-2148
518302830      +Parker McCay, P.A.,    9000 Midlantic Dr., Suite 300,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
518354737       Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX   75014-1419
518421043     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518302831      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518404018      +State of New Jersey Department of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
518427535      +Toms River Municipal Court,    255 Oak Avenue,    Toms River, NJ 08753-3383
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2019 01:16:38     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2019 01:16:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518415598       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2019 01:21:57
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518302821      +E-mail/Text: bknotice@ercbpo.com Oct 18 2019 01:16:43     ERC/Enhanced Recovery Corp,
                 Po Box 57547,    Jacksonville, FL 32241-7547
518302820      +E-mail/Text: bknotice@ercbpo.com Oct 18 2019 01:16:42     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518302824       EDI: IRS.COM Oct 18 2019 04:38:00      Internal Service Revenue,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518302827       Manchester Township Municipal Court,    1 S Colonial Drive
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: Oct 17, 2019
                               Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Gregory L. Van Dyck    on behalf of Plaintiff    NJ Department of Labor  and  Workforce Development,
               Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Bryan Curtis McLeod bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```